**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 08-6223**

_____

EDSON FURTADO,

            Plaintiff - Appellant,

      v.

SHEILA DAVENPORT, CEO; LAWRENCE TAYLOR, Capt.; STATE OF
MARYLAND; PAULO NEGRO, Dr.,

            Defendants - Appellees.

_____

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Roger W. Titus, District Judge.  (8:07-cv-
02996-RWT)

_____

Submitted:  April 24, 2008          Decided:  April 30, 2008

_____

Before KING and SHEDD, Circuit Judges, and WILKINS, Senior Circuit
Judge.

_____

Dismissed by unpublished per curiam opinion.

_____

Edson Furtado, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Edson Furtado appeals the district court's order dismissing his 42 U.S.C. § 1983 (2000) complaint under 28 U.S.C. § 1915A(b) (2000). We have reviewed the record and find that this appeal is frivolous. Accordingly, we deny Furtado's motion for appointment of counsel and dismiss the appeal for the reasons stated by the district court. Furtado v. Davenport, No. 8:07-cv-02996-RWT (D. Md. Jan. 24, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED